No. 387. FOUTS ET AL. *v.* GEORGIA. Jurisdictional statement submitted September 29, 1932. Decided October 10, 1932. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Robert R. Jackson* for appellants. No appearance for appellee.

No. 627 (October Term, 1931). PORTER, AUDITOR, *v.* INVESTORS SYNDICATE. October 17, 1932. The petition for a rehearing is granted. *Mr. M. S. Gunn* for petitioner.

No. 13. LOUISVILLE & NASHVILLE R. Co. *v.* PARKER, ADMINISTRATRIX. Argued October 17, 18, 1932. Decided October 24, 1932. *Per Curiam:* The writ of certiorari herein is dismissed, upon the ground that the judgment sought here to be reviewed is joint and the record fails to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn*, 285 U. S. 169; *Capital National Bank* v. *Board of Supervisors*, 286 U. S. 550; *Fidelity Union Casualty Co.* v. *Hanson, post,* p. 599. *Mr. Chas. H. Eyster,* with whom *Mr. Robert E. Steiner, Jr.,* was on the brief, for petitioner. *Mr. W. A. Denson* was on the brief for respondent.